**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 189 EAL 2023

Respondent     :

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

v.       :

RONALD LEE,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.